961 A.2d 54

Richard M. MAHER, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE;
Attorney General of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

961 A.2d 54

Pedro VALENTINE, Petitioner

v.

COMMONWEALTH of Pennsylvania, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, Pennsylvania, Robert Shannon Superintendent, SCI–Frackville, Respondents.

No. 137 EM 2008.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**